11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Bradley Scott Weeks,                              * From the 91st District
                                                    Court of Eastland County,
                                                    Trial Court No. 22348.

Vs. No. 11-13-00063-CR                           * July 11, 2013

The State of Texas,                              * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.